## A09A1552. RADER v. THE STATE.
## A09A1553. COOKE v. THE STATE.
### (703 SE2d 12)

PHIPPS, Presiding Judge.

In *Rader v. State*,[1] we affirmed the trial court's denial of the Appellants' motions to dismiss the indictments against them. We also vacated a portion of the trial court's order concerning statute of limitation defenses asserted by the Appellants in pleas in bar, and we remanded the case to the trial court for further proceedings thereon.[2]

Subsequently, the Supreme Court of Georgia issued an opinion in a related civil case, *Levenson v. Word*,[3] that arose from the same set of circumstances that gave rise to these criminal cases. Then, in

---

[1] 300 Ga. App. 411 (685 SE2d 405) (2009).

[2] Id. at 418 (6).

[3] 286 Ga. 114 (686 SE2d 236) (2009).

*Cooke v. State* and *Rader v. State*,[4] the Supreme Court of Georgia granted Appellants' petitions for certiorari in these cases and remanded the cases to this Court in an order that stated:

> It appearing that the Court of Appeals erred in affirming the trial court's denial of [Appellants'] motions to dismiss the indictments against them based on this Court's holding in *Levenson v. Word*,[5] these petitions for certiorari hereby are granted and the cases are remanded to the Court of Appeals for proceedings not inconsistent with this order.[6]

We read the Supreme Court of Georgia's order in *Cooke* to provide that its holding in *Levenson* requires a reversal of the trial court's denial of the motions to dismiss the indictments.

Accordingly, our opinion in these cases is vacated, and we reverse the trial court's denial of the Appellants' motions to dismiss the indictments against them. In light of this reversal, the cases do not require further proceedings in the trial court.

*Judgments reversed. Smith, P. J., and Senior Appellate Judge Marion T. Pope, Jr., concur.*

DECIDED OCTOBER 5, 2010.

*Cook, Noell, Tolley & Bates, Edward D. Tolley, Ronald E. Houser,* for appellant (case no. A09A1552).

*Brian Steel, Frank C. Winn,* for appellant (case no. A09A1553).

*David McDade, District Attorney, J. Brown Moseley, Assistant District Attorney,* for appellee.

---

[4] Certiorari granted and remanded to the Court of Appeals by order March 1, 2010.

[5] Supra.

[6] *Cooke,* supra.